UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No. 1:23-cv-22312

CINTHIA LIZ PARI CAHUANA,
An Individual,

    Plaintiff(s),

vs.

SUPER AUTOS DORAL LLC.,
a Florida limited liability company,
and WESTLAKE SERVICES,
LLC, d/b/a WESTLAKE
FINANCIAL SERVICES,
A Foreign entity,

    Defendant(s).
_____/

## JOINT INTERIM STATUS REPORT

Plaintiff CINTHIA LIZ PARI CAHUANA ("Plaintiff"), an individual, and WESTLAKE SERVICES, LLC, d/b/a WESTLAKE FINANCIAL SERVICES, a foreign entity, hereby submit this Joint Interim Status Report pursuant to the Court's Scheduling Order [D.E. 23] entered on September 25, 2023[1].

    **A. Have all defendants been served? If not, state the reasons:**

    All defendants have been served.

    **B. Have all defendants responded to the complaint? If not, state the reasons.**

    All defendants have responded to the complaint.

    **C. If this is a class action, has a motion for class certification been filed? If so, what**

---

[1] Plaintiff prepared and served a draft copy of this Interim Status Report on the defendants on December 29, 2023. On January 2, 2024, Plaintiff sent a follow-up email to all defendants regarding the status of the Report. Shortly thereafter, Defendant WESTLAKE SERVICES LLC provided its proposed revisions. However, Defendant SUPER AUTOS DORAL LLC failed to respond or otherwise participate in the drafting of this Interim Status Report. Plaintiff thus submits this report without Defendant SUPER AUTOS DORAL LLC's input out of an abundance of caution to not run afoul of this Court's deadline to file the same. [DE 23].

is its status?

This is not a class action.

**D. Have the parties agreed on and selected a mediator? Have the parties agreed upon a place, date, and time for mediation?**

The parties have agreed on and selected a mediator. The parties have agreed upon a place, date and time for mediation. [D.E. 24].

**E. Have the parties engaged in informal settlement negotiations? If not, explain the reasons for the failure to do so. If yes, state the status of such negotiations (e.g., ongoing, impasse etc.) and the relative prospects for resolution through informal means.**

Plaintiff issued a settlement proposal to Defendant SUPER AUTOS DORAL, LLC on August 08, 2023 and a settlement proposal to Defendant WESTLAKE SERVICES, LLC, d/b/a WESTLAKE FINANCIAL SERVICES on December 06, 2023.

As it relates to Defendant SUPER AUTOS DORAL, LLC., the Defendant has ignored and refused to respond to Plaintiff's proposal to date.

As it relates to Defendant WESTLAKE SERVICES, LLC, d/b/a WESTLAKE FINANCIAL SERVICES, the parties have amicably resolved Plaintiff's claims and are in the process of drafting a settlement agreement.  A Joint Notice of Settlement was filed on January 02, 2024. [D.E.  33]. This matter remains pending as to all other defendants.

**F. Describe the status of discovery conducted to date, and identify whether the parties reasonably believe that they will be able to complete discovery by the Court's deadline. If not, explain the reasons.**

Plaintiff served discovery consisting of Requests for Production and Interrogatory Requests upon Defendant SUPER AUTOS DORAL, LLC on October 02, 2023. Despite multiple extensions of time to respond, Defendant SUPER AUTOS DORAL, LLC failed to timely proffer its responses or any responsive records despite the expiration of any extension of time requested.

On December 28, 2023, Plaintiff coordinated and scheduled a discovery hearing for February 09, 2023 at 2:30 p.m. before the Honorable Judge Goodman to address the same. [D.E. 32]. Subsequently, on December 30, 2023, Defendant served its responses and responsive records. Plaintiff is in the process of evaluating the same and will confer with the Defendant once more in an attempt to resolve the Discovery Hearing by way of an agreed order.

Plaintiff served discovery consisting of Requests for Production and Interrogatory Requests upon Defendant WESTLAKE SERVICES, LLC, d/b/a WESTLAKE FINANCIAL SERVICES on October 02, 2023. Defendant WESTLAKE SERVICES, LLC, d/b/a WESTLAKE FINANCIAL SERVICES requested and Plaintiff agreed to an extension of time up to and through January 12, 2024 to proffer its responses. However, said discovery is now moot in light of the parties' settlement.

Neither Defendant has served any discovery upon the Plaintiff to date.

In light of the outstanding discovery, Plaintiff has not been able to properly address her case-in-chief nor begin preparation for fact witness and corporate representative depositions. As such, Plaintiff does not reasonably believe that she will be able to complete discovery by the Court's April 29, 2024, deadline.

### G. Identify any other issues that the Court should be aware of that may affect the resolution of this matter or the schedule currently set.

Having finally received SUPER AUTOS DORAL, LLC's proffer of responses to the outstanding discovery, Plaintiff is evaluating the same and may desire to seek leave from this Court to amend the complaint to pursue all individuals who conspired with SUPER AUTOS DORAL, LLC to violate in the Federal Odometer Act, 49 U.S.C. §32701, in contravention of 49 U.S.C. §32703, whose identities were not known to Plaintiff previously. Pursuant to the Court's scheduling order, the deadline to join additional parties or to amend the pleadings lapsed on

October 30, 2023.

          Respectfully submitted,

          Dated: January 2, 2024

          /s/ Joshua E. Feygin
          **JOSHUA FEYGIN, ESQ.**
          FL Bar No.: 124685
          Email:  Josh@sueyourdealer.com
          **SUE YOUR DEALER – A LAW FIRM**
          1930 Harrison Street Suite 208F
          Hollywood, Florida 33020
          Tel: (954) 228-5674
          Fax: (954) 697-0357
          *Counsel for Plaintiff*


          */s/ Ira Scot Silverstein*
          **JAMES R. LIEBLER, II, ESQ.**
          Florida Bar No. 115348
          Email: jrlii@lgplaw.com
          **IRA SCOT SILVERSTEIN, ESQ.**
          Florida Bar No. 0009636
          Email: iss@lgplaw.com
          **LIEBLER, GONZALEZ & PORTUONDO**
          44 West Flagler Street, 25th Floor
          Miami, FL 33130
          (305) 379-0400
          *Counsel for Westlake*