United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Cinthia Liz Pari Cahuana, an individual, Plaintiff,<br><br>v.<br><br>Super Autos Doral, LLC, a Florida limited liability company, and Westlake Services, LLC, d/b/a Westlake Financial Services, a foreign entity, Defendants. | Civil Action No. 23-22312-Civ-Scola |

### Order Granting Motion to Stay

This matter comes before the Court on the joint motion to stay by Plaintiff Cinthia Liz Pari Cahuana and Defendant Super Autos Doral, LLC. (ECF No. 58.) The underlying cause of action was dismissed pursuant to a consent agreement between the parties. (ECF No. 53.) Following the entry of the consent agreement, the Plaintiff moved for attorneys' fees and bill of costs. (ECF Nos. 54, 55.) Those motions remain pending. In the motion to stay, the parties notified the Court that they have reached a settlement agreement on the issue of fees and costs. They request the Court stay this action through June 1, 2025 to enable performance of the settlement agreement. (ECF No. 58.)

District courts have "broad authority to grant a stay." *In re Application of Alves Braga*, 789 F. Supp. 2d 1294, 1307 (S.D. Fla. 2011) (Goodman, Mag. J.). Having reviewed the motion, the record, and relevant legal authorities, the Court finds good cause supports a stay and **grants** the joint motion to stay this litigation. (**ECF No. 58.**) Because the Court previously directed the Clerk to close this case, the case will remain closed. Any party may move to re-open the case if there is a problem in reaching a final settlement agreement. The stay will remain in effect until June 1, 2025. The pending motions for fees and costs are **denied** as moot. (**ECF Nos. 54, 55**.)

**Done and ordered** in Miami, Florida, on September 11, 2024.

_____
Robert N. Scola, Jr.
United States District Judge